# JUDGE SULLIVAN

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MINIFRAME LTD.

Plaintiff,

-v-

MICROSOFT CORPORATION

Defendant.

Case No. 11 CIV 7419

**Rule 7.1 Statement**

RECEIVED
OCT 19 2011
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

MINIFRAME LTD.                                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

RAPAC COMMUNICATION & INFRASTRUCTURE LTD.
INTER-GAMMA INVESTMENT COMPANY LTD.

Date: 10/19/2011

Signature of Attorney

Attorney Bar Code: RM2268

Form Rule7_1.pdf  SDNY Web 10/2007